## TIM TOWNSEND *v.* COMMISSIONER OF CORRECTION

The petitioner Tim Townsend's petition for certification for appeal from the Appellate Court, 116 Conn. App. 663 (AC 29284), is denied.

*Mary H. Trainer*, special public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided October 1, 2009

## OMAR J. MILLER *v.* COMMISSIONER OF CORRECTION

The petitioner Omar J. Miller's petition for certification for appeal from the Appellate Court, 116 Conn. App. 357 (AC 29562), is denied.

*Michael Zariphes*, special public defender, in support of the petition.

*Lawrence J. Tytla*, supervisory assistant state's attorney, in opposition.

Decided October 1, 2009